AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Giovany Abiel LUGO-GOMEZ  DOB: 2003 COB:US<br>Angel Anthony MORALES DOB: 2002 COB: US | ) ) ) ) ) | Case No.  7:25-mj-3587 |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **December 29th 2025** in the county of **Starr County** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1324(a)(1)(A)(ii), and 1324(a)(1)(A)(V)(II) | Transporting aliens from a location in Starr County, Texas, to a location in Starr County Texas, by means of foot, and aids and abets in the transporting of aliens. |

This criminal complaint is based on these facts:

See Attachment A

United States Courts
Southern District of Texas
FILED

*December 30, 2025*

Nathan Ochsner, Clerk of Court

☑ Continued on the attached sheet.

/s/ Steven Panngasiri
*Complainant's signature*

Steven Panngasiri HSI Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to And attested to telephonically per Fed. R. Crim. P. 4.1, and probable cause found on:

~~Sworn to before me and signed in my presence.~~

Date: 12/30/25 @ 8:29 p.m.

Juan F. Alanis
*Judge's signature*

City and state: McAllen, Texas

Juan F. Alanis United States Magistrate Judge
*Printed name and title*

ATTACHMENT A

On December 29th, 2025 Rio Grande City Border Patrol Agents working in the Midway area in Rio Grande City, Texas observed several subjects believed to be illegal aliens (IAs) coming up the riverbank near a caged pump along the Rio Grande River. This area is known as a hot spot for alien and narcotics smuggling activity due to it vicinity to the river approximately .73 miles. USBP Agents utilizing air assets kept visual of the suspected IAs. The seven (7) suspected IAs proceeded to walk up dirt roads crossing over fence lines. USBP Agents observed a white Cadillac SUV at the TARGET LOCATION and a male subject signaling the suspected IAs into a property. The seven suspected illegal aliens were observed going into the northeast corner of 149 S. Midway RD, Rio Grande City, Texas (TARGET LOCATION).

A few moments after the suspected IAs were observed jumping into the curtilage of the TARGET LOCATION. USBP Agents observed a white Cadillac SUV leaving at a high rate of speed towards U.S. Highway 83. USBP Agents conducted a stop on the vehicle and observed four (4) subjects in the vehicle along with the juvenile driver. USBP Agents conducted an immigration inspection on all passengers who stated they were from the countries of Vietnam, El Salvador, Ecuador, and Honduras. All subjects admitted that they had illegally entered the United States and did not possess the documents that would allow her to enter or remain in the United States legally.

Homeland Security Investigations (HSI) Special Agents (SAs) and HSI Task Force Officers (TFOs) obtained a federal search warrant and executed the warrant at the TARGET LOCATION with USBP Special Operations Detachment (SOD). Two (2) United States Citizens identified as Giovany Abiel LUGO-GOMEZ and Angel Anthony MORALES were found hiding in the attic of the TARGET LOCATION. MORALES and LUGO-GOMEZ both had dark clothing that was dirty with mud/dirt. A third subject identified as Manuel VILLEGAS-RAMIREZ, a Mexican national was also found at the TARGET LOCATION. A total of seven (7) subjects were arrested matching the number of subjects observed heading from the riverbank area.

LUGO-GOMEZ was read his Miranda rights and declined to give a statement without a presence of a lawyer. LUGO-GOMEZ stated "do what you have to do, it is what it is, put me back in the cell so I can go to sleep"

MORALES was read his Miranda rights and agreed to give a post-Miranda statement. MORALES stated that he was at the TARGET LOCATION helping his friend clean up his house. MORALES stated that his friend pays him very well approximately $500-600 USD to help him. MORALES advised that he had seen Giovany Abiel LUGO-GOMEZ at the TARGET LOCATION but wasn't sure how he got there. MORALES advised that his friend had called him and told him that he believed law enforcement was going to "hit the house". MORALES stated that he hid in the attic when law enforcement showed up at the TARGET LOCATION. MORALES stated that he was on state probation for "smuggling of persons."

Manuel VILLEGAS-RAMIREZ provided a statement to law enforcement regarding the smuggling event. VILLEGAS-RAMIREZ stated that he is a Mexican national who illegally crossed the Rio Grande River via raft into the US with approximately six (6) other IAs. VILLEGAS-RAMIREZ stated that he was to pay approximately $4,000 USD in smuggling fees to be smuggled to McAllen, Texas. VILLEGAS-RAMIREZ stated that he was guided by two (2) subjects. VILLEGAS-RAMIREZ stated that he was guided to a half-built house with roosters. VILLEGAS-RAMIREZ stated that one of the subjects that he was arrested with was wearing glasses. MORALES was wearing glasses when apprehended.

Misael Henrique SANCHEZ provided a statement to law enforcement regarding the smuggling event. SANCHEZ stated that he was an El Salvadorian National who illegal crossed the Rio Grande River via raft into the US. SANCHEZ stated that he had made smuggling arrangements for approximately $11,000 USD to be smuggled to Houston, Texas. SANCHEZ stated that he crossed with approximately six (6) subjects. SANCHEZ stated that after they crossed, they walked and they had a guide with them. SANCHEZ described the guide as a Hispanic male with facial hair and he was wearing a dark colored hoodie, with pants matching the description of LUGO-GOMEZ. SANCHEZ stated that one of the subjects he crossed with was wearing glasses. SANCHEZ described the subject as young man being tall, heavy set, and could not recall if he had any facial hair matching MORALES description.

Oscar Patricio GUAMAN-CHIMBORAZO provided a statement to law enforcement regarding the smuggling event. GUAMAN-CHIMBORAZO stated that he was a national of Ecuador. GUAMAN-CHIMBORAZO stated that he made smuggling arrangements to be smuggled to Houston, Texas for approximately $12,000 USD. GUAMAN-CHIMBORAZO stated that he illegally crossed the Rio Grande River via raft with approximately seven (7) other subjects. GUAMAN-CHIMBORAZO stated that he was guided by two subjects to a cinder block home. GUAMAN-CHIMBORAZO described the front guide as white, normal weight, brown hair, and had some beard wearing a dark in color sweater matching the description of LUGO-GOMEZ. GUAMAN-CHIMBORAZO stated that the other guide had black sweater and was wearing glasses matching MORALES. GUAMAN-CHIMBORAZO stated that he and three other subjects were told to get into a white SUV and they left behind an older Mexican subject because he had a different "clave". GUAMAN-CHIMBORAZO stated that both foot guides stayed at the house. GUAMAN-CHIMBORAZO stated that after loading into the white SUV they were pulled over by USBP Agents.

Record checks conducted on MORALES and LUGO-GOMEZ revealed both had pending charges for smuggling of persons.